UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brandon James Shotwell,

                Plaintiff,      Case No. 13-cv-13048
                                   Hon. Judith E. Levy
v.                                Mag. Judge Michael Hluchaniuk

Commissioner of Social Security,

                Defendant.

_____/

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION [18] ON THE MOTION TO DISMISS [12]**

This is a Social Security appeal. Before the Court is Magistrate Judge Hluchaniuk's Report and Recommendation (Dkt. 18) recommending the Court deny defendant's motion to dismiss (Dkt. 12) and remand this matter for further proceedings, issued November 5, 2014. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation (Dkt. 18) is ADOPTED;

Defendant's motion to dismiss (Dkt. 12) is DENIED; and

This matter is REMANDED for proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: December 10, 2014      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 10, 2014.

     s/Felicia M. Moses
     FELICIA M. MOSES
     Case Manager